| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | JEFFREY SCOTT TOUZET |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | NORTHERN District of Florida (State) |
| Case Number | 15-30105-KKS |

# Form 4100R
# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g). the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust, N.A., as Trustee for Lsf10 Master Participation Trust

**Court Claim No.** (if known): 6

**Last 4 digits of** any number you use to identify the debtor's account: 4725

**Property Address**
908 TURNBUCKLE TRAIL
Number          Street

PENSACOLA, FL 32507
City         State      ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:

## Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due: (a) $76,726.86

b. Total fees, charges, expenses, escrow, and costs outstanding: + (b) $0.00

c. **Total.** Add lines a and b. (c) $76,726.86

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: February 26, 2015

| Debtor 1 | JEFFREY SCOTT TOUZET | | Case number (*if known*) | 15-30105-KKS |
|---|---|---|---|---|
| | First name   Middle name   Last name | | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box:*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

| /s/ Stefan Beuge, Esquire | Date | April 8, 2020 |
|---|---|---|
| Signature | | |

Print   Stefan Beuge, Esq., Florida Bar No. 68234        Title   Attorney for Creditor
        First Name      Middle Name      Last Name

Company   Phelan Hallinan Diamond & Jones, PLLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   2001 NW 64th Street, Suite 100
          Number          Street

          Ft. Lauderdale, FL 33309
          City            State         ZIP Code

Contact Phone   954-462-7000          Email   stefan.beuge@phelanhallinan.com

| Loan | | | | | | | |
|---|---|---|---|---|---|---|---|
| BK Case | 15-30105 | | | * If prior than 12/2011 payment changes were not required to be filed with the courts or with Proof of claim | | | |
| Filing Date | 2/2/2015 | | | | | | |
| First Post pet date | 2/26/2015 | | | | | | |
| Pmt Change Filed | | Effective | Amount | | | | |
| POC pmt Filed | | 2/26/2015 | $ 1,237.53 | | | | |
| Pmt Change Filed | | | | | | | |
| Pmt Change Filed | | | | | | | |
| Pmt Change Filed | | | | | | | |
| Pmt Change Filed | | | | | | | |
| Pmt Change Filed | | | | | | | |
| Pmt Change Filed | | | | | | | |
| Date Rcvd | Amount | | | Amount Due | Due Date | Suspense | Days Past Due Date |
| | | | due | $1,237.53 | 2/26/2015 | -$1,237.53 | 42061 |
| | | | | $1,237.53 | 3/26/2015 | -$2,475.06 | 42089 |
| | | | | $1,237.53 | 4/26/2015 | -$3,712.59 | 42120 |
| | | | | $1,237.53 | 5/26/2015 | -$4,950.12 | 42150 |
| | | | | $1,237.53 | 6/26/2015 | -$6,187.65 | 42181 |
| | | | | $1,237.53 | 7/26/2015 | -$7,425.18 | 42211 |
| | | | | $1,237.53 | 8/26/2015 | -$8,662.71 | 42242 |
| | | | | $1,237.53 | 9/26/2015 | -$9,900.24 | 42273 |
| | | | | $1,237.53 | 10/26/2015 | -$11,137.77 | 42303 |
| | | | | $1,237.53 | 11/26/2015 | -$12,375.30 | 42334 |
| | | | | $1,237.53 | 12/26/2015 | -$13,612.83 | 42364 |
| | | | | $1,237.53 | 1/26/2016 | -$14,850.36 | 42395 |
| | | | | $1,237.53 | 2/26/2016 | -$16,087.89 | 42426 |
| | | | | $1,237.53 | 3/26/2016 | -$17,325.42 | 42455 |
| | | | | $1,237.53 | 4/26/2016 | -$18,562.95 | 42486 |
| | | | | $1,237.53 | 5/26/2016 | -$19,800.48 | 42516 |
| | | | | $1,237.53 | 6/26/2016 | -$21,038.01 | 42547 |
| | | | | $1,237.53 | 7/26/2016 | -$22,275.54 | 42577 |
| | | | | $1,237.53 | 8/26/2016 | -$23,513.07 | 42608 |
| | | | | $1,237.53 | 9/26/2016 | -$24,750.60 | 42639 |
| | | | | $1,237.53 | 10/26/2016 | -$25,988.13 | 42669 |
| | | | | $1,237.53 | 11/26/2016 | -$27,225.66 | 42700 |
| | | | | $1,237.53 | 12/26/2016 | -$28,463.19 | 42730 |
| | | | | $1,237.53 | 1/26/2017 | -$29,700.72 | 42761 |
| | | | | $1,237.53 | 2/26/2017 | -$30,938.25 | 42792 |
| | | | | $1,237.53 | 3/26/2017 | -$32,175.78 | 42820 |
| | | | | $1,237.53 | 4/26/2017 | -$33,413.31 | 42851 |
| | | | | $1,237.53 | 5/26/2017 | -$34,650.84 | 42881 |
| | | | | $1,237.53 | 6/26/2017 | -$35,888.37 | 42912 |
| | | | | $1,237.53 | 7/26/2017 | -$37,125.90 | 42942 |
| | | | | $1,237.53 | 8/26/2017 | -$38,363.43 | 42973 |
| | | | | $1,237.53 | 9/26/2017 | -$39,600.96 | 43004 |
| | | | | $1,237.53 | 10/26/2017 | -$40,838.49 | 43034 |
| | | | | $1,237.53 | 11/26/2017 | -$42,076.02 | 43065 |
| | | | | $1,237.53 | 12/26/2017 | -$43,313.55 | 43095 |
| | | | | $1,237.53 | 1/26/2018 | -$44,551.08 | 43126 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | $1,237.53 | 2/26/2018 | -$45,788.61 | 43157 |
| | | | | $1,237.53 | 3/26/2018 | -$47,026.14 | 43185 |
| | | | | $1,237.53 | 4/26/2018 | -$48,263.67 | 43216 |
| | | | | $1,237.53 | 5/26/2018 | -$49,501.20 | 43246 |
| | | | | $1,237.53 | 6/26/2018 | -$50,738.73 | 43277 |
| | | | | $1,237.53 | 7/26/2018 | -$51,976.26 | 43307 |
| | | | | $1,237.53 | 8/26/2018 | -$53,213.79 | 43338 |
| | | | | $1,237.53 | 9/26/2018 | -$54,451.32 | 43369 |
| | | | | $1,237.53 | 10/26/2018 | -$55,688.85 | 43399 |
| | | | | $1,237.53 | 11/26/2018 | -$56,926.38 | 43430 |
| | | | | $1,237.53 | 12/26/2018 | -$58,163.91 | 43460 |
| | | | | $1,237.53 | 1/26/2019 | -$59,401.44 | 43491 |
| | | | | $1,237.53 | 2/26/2019 | -$60,638.97 | 43522 |
| | | | | $1,237.53 | 3/26/2019 | -$61,876.50 | 43550 |
| | | | | $1,237.53 | 4/26/2019 | -$63,114.03 | 43581 |
| | | | | $1,237.53 | 5/26/2019 | -$64,351.56 | 43611 |
| | | | | $1,237.53 | 6/26/2019 | -$65,589.09 | 43642 |
| | | | | $1,237.53 | 7/26/2019 | -$66,826.62 | 43672 |
| | | | | $1,237.53 | 8/26/2019 | -$68,064.15 | 43703 |
| | | | | $1,237.53 | 9/26/2019 | -$69,301.68 | 43734 |
| | | | | $1,237.53 | 10/26/2019 | -$70,539.21 | 43764 |
| | | | | $1,237.53 | 11/26/2019 | -$71,776.74 | 43795 |
| | | | | $1,237.53 | 12/26/2019 | -$73,014.27 | 43825 |
| | | | | $1,237.53 | 1/26/2020 | -$74,251.80 | 43856 |
| | | | | $1,237.53 | 2/26/2020 | -$75,489.33 | 43887 |
| | | | | $1,237.53 | 3/26/2020 | -$76,726.86 | 43916 |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing, and any applicable exhibits attached thereto, has been served electronically, or routed for service by U.S. Mail, to the following:

JEFFREY SCOTT TOUZET
908 TURNBUCKLE TRAIL
PENSACOLA, FL 32507

AMY LOGAN SLIVA
SLIVA LAW FIRM, LLC.
313 W. GREGORY ST.
PENSACOLA, FL 32502

LEIGH D. HART, (TRUSTEE)
P.O. BOX 646
TALLAHASSEE, FL 32302

UNITED STATES TRUSTEE (SERVED ELECTRONICALLY)
OFFICE OF THE UNITED STATES TRUSTEE
110 EAST PARK AVENUE, SUITE 128
TALLAHASSEE, FL 32301

Date:   April 9, 2020                    /s/ Stefan Beuge, Esquire
                                         Stefan Beuge, Esq., Florida Bar No. 68234
                                         Phelan Hallinan Diamond & Jones, PLLC
                                         2001 NW 64th Street
                                         Suite 100
                                         Ft. Lauderdale, FL 33309
                                         Tel: 954-462-7000 Ext. 56588
                                         Fax: 954-462-7001
                                         Email: stefan.beuge@phelanhallinan.com
                                         FLND.bankruptcy@phelanhallinan.com

PH # 103045